UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MICHAEL N. JACOBSEN, | ) | 1:06-CV-1254 LJO WMW HC |
| | ) | |
| Petitioner, | ) | |
| | ) | ORDER GRANTING EXTENSION OF |
| v. | ) | TIME NUNC PRO TUNC |
| | ) | |
| M. S. EVANS, | ) | (DOCUMENT #10) |
| | ) | |
| Respondent. | ) | |

Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254. On June 14, 2007, respondent filed an application motion to modify the brief schedule to file a motion to dismiss. Inasmuch as respondent filed the motion to dismiss on June 14, 2007, and good cause having been presented to the court, IT IS HEREBY ORDERED that:

Respondent's motion to extend time to file the motion to dismiss is GRANTED nunc pro tunc.

IT IS SO ORDERED.

**Dated:   July 23, 2007**          /s/  **William M. Wunderlich**
                                           UNITED STATES MAGISTRATE JUDGE