UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL N. JACOBSEN, | 1: 06 CV 01254 LJO WMW HC |
| Petitioner, | ORDER DENYING MOTION FOR RECONSIDERATION |
| v. | [Doc. 18] |
| PEOPLE OF THE STATE OF CALIFORNIA, | |
| Respondent. | |

Petitioner is a prisoner proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. Section 2254. On February 6, 2008, the court granted Respondent's motion to dismiss and entered judgment in this case. On February 20, 2008, Petitioner filed a motion for reconsideration. In his motion, Petitioner contends that he is entitled to equitable tolling because he was forced by court order to take mind altering drugs from April 2003 until April 2004. The court finds that Petitioner has made no showing why the facts and circumstances underlying this contention were not presented by Petitioner in opposition to Respondent's motion to dismiss. See Local Rule 78-230(k).

1. Accordingly, Petitioner's motion for reconsideration is HEREBY DENIED.
2.       IT IS SO ORDERED.
3. **Dated:   February 26, 2008**          /s/ Lawrence J. O'Neill
                                                  UNITED STATES DISTRICT JUDGE