# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL N. JACOBSEN, | 1: 06 CV 01254 LJO WMW HC |
| Petitioner, | |
| | ORDER DENYING AMENDED REQUEST FOR CERTIFICATE OF APPEALABILITY |
| v. | |
| | [Doc. 24] |
| PEOPLE OF THE STATE OF CALIFORNIA, | |
| Respondent. | |

Petitioner is a prisoner proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. Section 2254. On February 6, 2008, the court granted Respondent's motion to dismiss and entered judgment in this case. On March 17, 2007, Petitioner filed a motion to amend his request for a certificate of appealability. In this request, Petitioner makes what amount to additional claims in support of his motion for reconsideration, which the court denied on February 27, 2007. These claims do not alter the analysis for a certificate of appealability. Further, Petitioner's current claim that he filed a motion to file an amended opposition is unsupported by the docket or otherwise, and is insufficient to support reconsideration. Accordingly, Petitioner's amended request for a certificate of appealability is DENIED. IT IS SO ORDERED.

**Dated:   April 7, 2008**              **/s/ Lawrence J. O'Neill**
                                        UNITED STATES DISTRICT JUDGE